**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO.  4:25-cr-157-GHD-JMV-2**

**THOMAS PERRY**

<u>**ORDER SUBSTITUTING COUNSEL**</u>

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest.  The Office of the Federal Public Defender contacted **Derrick T. Simmons** on **October 1, 2025,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Derrick T. Simmons** has agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Derrick T. Simmons** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 1st, day of October 2025.


/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE